UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

----------------------------------------

Assante

-v-

Brunswick

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-6826__

JUDGE: __KMW__

DATE: __AUGUST 22, 2008__

*U.S. DISTRICT COURT FILED AUG 22 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ------------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(√) Original Record                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Assonte

-v-

Brunswick

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-6826

JUDGE: KMW

DATE: AUGUST 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 4, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-06826-KMW**
Internal Use Only

Assante v. Brunswick
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 07/31/2008
Date Terminated: 07/31/2008
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2008 | 1 | COMPLAINT against Roger John Brunswick. (Filing Fee $ 350.00, Receipt Number 651818)Document filed by Georgine Assante.(mbe) (Entered: 08/05/2008) |
| 07/31/2008 | | SUMMONS ISSUED as to Roger John Brunswick. (mbe) (Entered: 08/05/2008) |
| 07/31/2008 | | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 08/05/2008) |
| 07/31/2008 | 2 | ORDER OF DISMISSAL, for the following reasons, plaintiff's complaint is dismissed. According this pro se complaint the close and sympathetic reading to which it is entitled, it reveals no basis for the exercise of a subject matter jurisdiction over the underlying suit. Although plaintiff paid the requisite filing fee to bring this action, the Court certifies pursuant to 28 U.S.C. 1915(a)(3) that, for the purpose of an appeal, any appeal from this order would not be taken in good faith. SO ORDERED. (Signed by Judge Kimba M. Wood on 7/31/2008) (mbe) (Entered: 08/05/2008) |
| 07/31/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/31/2008) (mbe) (Entered: 08/05/2008) |
| 08/13/2008 | 4 | NOTICE OF APPEAL from 2 Order Dismissing Complaint (I.F.P.), 3 Judgment - Sua Sponte (Complaint). Document filed by Georgine Assante. (tp) (Entered: 08/22/2008) |
| 08/13/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Georgine Assante. $455.00 APPEAL FEE DUE. IFP REVOKED 7/31/08. (tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |